IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| MICHAEL HENRY and JANICE HENRY, Husband and Wife,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CV 15-10-GF-BMM-JTJ<br><br>ORDER GRANTING UNOPPOSED MOTION TO DISMISS WITH PREJUDICE |

Pursuant to the Defendant's Unopposed Motion to Dismiss with Prejudice,

**IT IS ORDERED** that this action is DISMISSED WITH PREJUDICE. All deadlines are VACATED and any pending motions are DENIED as moot.

**DATED** this 4th day of April, 2016.

_____
Brian Morris
United States District Court Judge